JAMES E. KING, Respondent, *v.* ROSE A. KING, Appellant.

*King* v. *King,* 176 App. Div. 940, affirmed.

(Argued October 24, 1918; decided November 12, 1918.)

APPEAL from a final judgment, entered March 21, 1917, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, affirming an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. Also appeal from said interlocutory judgment. The action was for divorce on statutory grounds. The defendant's answer denied the adultery, and set up four affirmative defenses, namely, voluntary cohabitation, forgiveness, procurement and connivance.

*Clark H. Hammond* for appellant.

*Godfrey M. Frohe* for respondent.

Final judgment affirmed, without costs. Appeal from interlocutory judgment dismissed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and McLAUGHLIN, JJ. Absent: CRANE, J.